UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SCHRUBB, JR., <br><br> Plaintiff, <br><br> vs. <br><br> VEROS CREDIT, LLC, <br><br> Defendant. | Case No. 1:20-cv-01376-NONE-SAB <br><br> ORDER RE STIPULATION TO STAY MATTER PENDING ARBITRATION <br><br> (ECF No. 6) |

On November 16, 2020, the parties filed a stipulation to stay this action while they participate in arbitration.

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is stayed pending arbitration;
2. The parties shall file a joint notice informing the court of the status of arbitration every **one hundred eighty (180) days**; and
3. Within **fourteen (14) days** of the completion of arbitration, the parties shall file a notice informing the Court that arbitration has been completed.

IT IS SO ORDERED.

Dated: **November 16, 2020**

UNITED STATES MAGISTRATE JUDGE