# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SCHRUBB, JR., <br><br> Plaintiff, <br><br> v. <br><br> VEROS CREDIT, LLC, <br><br> Defendant. | Case No. 1:20-cv-01376-NONE-SAB <br><br> ORDER REQUIRING PARTIES TO FILE STATUS REPORT ON ARBITRATION <br><br> (ECF No. 7) <br><br> THREE DAY DEADLINE |

On September 30, 2020, Kevin Schrubb, Jr. ("Plaintiff") filed this action alleging violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. and California law. At the stipulation of the parties, the matter was stayed pending arbitration on November 16, 2020. The order staying the case provided that the parties were to file a status of the action every 180 days. The deadline has passed and no status report has been filed in compliance with the November 16, 2020 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a status report within **three (3) days** of the date of entry of this order;

2. A status report on the arbitration shall be filed **every one hundred eighty (180) days** thereafter or within **fourteen (14) days** of the completion of arbitration, whichever occurs first; and

1

3. The parties are advised that the failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action for failure to comply.

IT IS SO ORDERED.

Dated: **May 18, 2021**

_____
UNITED STATES MAGISTRATE JUDGE