# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SCHRUBB, JR., <br><br>Plaintiff, <br><br> v. <br><br>VEROS CREDIT, LLC, <br><br>Defendant. | Case No. 1:20-cv-01376-NONE-SAB <br><br> ORDER REQUIRING PARTIES TO FILE STATUS REPORT ON STATUS OF ARBITRATION <br><br> THREE-DAY DEADLINE |

Plaintiff Kevin Schrubb, Jr. initiated this action against Defendant Veros Credit, LLC on September 30, 2020. (ECF No. 1.) On November 16, 2020, the Court stayed this matter to allow the parties to participate in arbitration. (ECF No. 7.) The parties were directed to file either a status report as to the status of arbitration every one hundred eighty (180) days or a notice that arbitration has been completed within fourteen (14) days of completion of arbitration, whichever occurred sooner. (Id.)

On May 18, 2021, the Court issued an order requiring the parties to file a status report on arbitration or face sanctions for the failure to comply with the Court's November 16, 2020 order. (ECF No. 9.) The Court also again ordered the parties to submit a status report every one hundred eighty (180) days or within fourteen (14) days of completion of arbitration, whichever occurs first. (Id.) On May 21, 2021, the parties filed a joint status report indicating they were engaged in settlement discussions and an arbitrator was not yet appointed. (ECF No. 10.) More than 180 days have passed since the parties' May 21, 2021 status report but the parties have not filed a

1

1  new status report in compliance with the November 16, 2020 and May 18, 2021 orders.  The fact
2  that this is the second instance in which the parties have failed to timely comply with the Court's
3  orders is not well-taken.
4      Accordingly, IT IS HEREBY ORDERED that:
5    1.  The parties shall file a status report within **three (3) days** of the date of entry of
6        this order;
7    2.  A status report on the arbitration shall be filed every **one hundred eight (180)**
8        **days** thereafter or within **fourteen (14) days** of the completion of arbitration,
9        whichever occurs first; and
10   3.  The parties are advised that the failure to comply with this order may result in the
11       issuance of sanctions, up to and including dismissal of this action for failure to
12       comply.

IT IS SO ORDERED.

Dated:  **November 18, 2021**

_____
UNITED STATES MAGISTRATE JUDGE