1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SCHRUBB, JR., | Case No. 1:20-cv-01376-NONE-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) |
| v. | |
| VEROS CREDIT, LLC, | |
| Defendant. | (ECF No. 13) |

On November 18, 2021, the Court ordered the parties to file a status report notifying the Court as to the status of arbitration. (ECF No. 12.) In response, on November 19, 2021, the parties filed a joint stipulation dismissing this action with prejudice with the parties to bear their own attorneys' fees and costs. (ECF No. 13.) In light of the stipulation of the parties, this action is terminated by operation of law, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs of attorneys' fees.

///
///
///
///
///

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41 (a).

IT IS SO ORDERED.

Dated:   **November 22, 2021**

UNITED STATES MAGISTRATE JUDGE